414 A.2d 130

COMMONWEALTH of Pennsylvania, Appellee,

v.

Antonio J. BUNDY, Appellant.

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 16, 1980.

Thelma Martinez, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Asst. Dist. Atty., Ann Levowitz, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM;

Judgments of sentence affirmed.